UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOHN F. AUSLER,

        Petitioner,

    v.

M MILLER-STOUT,

        Respondent.

No. CV-07-319-FVS

ORDER GRANTING MOTION TO DISMISS

**THIS MATTER** comes before the Court based upon the respondent's motion to dismiss.

**BACKGROUND**

John F. Ausler is in the custody of the Washington Department of Corrections pursuant to his plea of guilty to the crime of Rape of a Child in the Second Degree, RCW 9A.44.076(1). On March 20, 2003, a state superior court judge calculated the "good time" to which Mr. Ausler is entitled. On October 9, 2007, Mr. Ausler lodged a petition for a writ of habeas corpus with the District Court Executive in which he challenges the Judge's calculations. 28 U.S.C. § 2254. On April 18, 2008, the Court entered an order directing service. Mr. Ausler's custodian filed an answer on June 9th, arguing that the petition is time-barred under § 2244(d)(1).

**RULING**

Mr. Ausler's custodian is correct. He had one year in which to

ORDER- 1

challenge the state judge's order of March 20, 2003. Mr. Ausler did not do so. Consequently, his petition must be dismissed.

**IT IS HEREBY ORDERED:**

The respondent's motion to dismiss **(Ct. Rec. 22) is granted**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to petitioner and counsel for respondent and close this file.

**DATED** this ___29th___ day of August, 2008.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                  Senior United States District Judge

ORDER- 2